DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PEDRO ROMAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1840

[October 31, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 2011CF006736B.

Pedro Roman, Bowling Green, pro se.

No appearance required for appellee.

PER CURIAM.

We affirm the trial court's order denying appellant's motion for post-conviction relief without prejudice to appellant filing a petition for writ of mandamus in the trial court to obtain his records and trial transcripts. *See Bush v. State,* 947 So. 2d 685, 686 (Fla. 4th DCA 2007).

DAMOORGIAN, CIKLIN and KLINGENSMITH, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***